No. 74–872. NATIONAL SOCIETY OF PROFESSIONAL ENGINEERS v. UNITED STATES. Appeal from D. C. D. C. Judgment vacated and case remanded for further consideration in light of Goldfarb v. Virginia State Bar, 421 U. S. 773 (1975). MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. Reported below: 389 F. Supp. 1193.

No. 74–1169. ROGERS ET AL. v. INMATES' COUNCIL-MATIC VOICE ET AL. Appeal from D. C. N. D. Ohio. Judgment vacated and case remanded so that a fresh order or decree may be entered from which a timely appeal may be taken to the United States Court of Appeals for the Sixth Circuit. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.

No. 74–1458. CLARK ET AL. v. PETERS ET AL. Appeal from C. A. 5th Cir. Judgment vacated and case remanded for further consideration in light of Dallas County v. Reese, 421 U. S. 477 (1975). Reported below: 508 F. 2d 267.

*Certiorari Granted—Vacated and Remanded*

No. 74–1162. IMPSON v. UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of United States v. Hale, ante, p. 171. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. Reported below: 506 F. 2d 1055.